IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

|  |  |
|---|---|
| IN RE: ) | 16-12737-TJC |
| SERJIK TILIMIAN and ) | Chapter 7 |
| INNA GRIGORYAN, ) |  |
| ) |  |
| Debtors. ) |  |

**OPPOSITION TO MOTION FOR**
**RELIEF FROM AUTOMATIC STAY**
**(5610 Greentree Road, Bethesda, Maryland 20817)**

Janet M. Nesse, the Chapter 7 Trustee (the "Trustee") for Serjik Tilimian and Inna Grigoryan (the "Debtors") the debtors in the above-captioned case, files this opposition to the *Motion for Relief from Automatic Stay* (the "Motion," Docket No. 28) filed by Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-13 ("Movant"), seeking relief from stay with respect to the real property located at 5610 Greentree Road, Bethesda, Maryland 20817 (the "Property"), and, with respect to each paragraph of the Motion, states as follows:

1. The allegations of paragraph 1 of the Motion are affirmed.

2. The Trustee lacks sufficient information to respond to the allegations of paragraph 2 of the Motion, and therefore the Trustee denies the same, and demands strict proof thereof.

3. The Trustee lacks sufficient information to respond to the allegations of paragraph 3 of the Motion, and therefore the Trustee denies the same, and demands strict proof thereof.

4. The Trustee lacks sufficient information to respond to the allegations of paragraph 4 of the Motion, and therefore the Trustee denies the same, and demands strict proof thereof.

5. The Trustee admits that the Debtors scheduled the value of the Property at $1,544,385.00. The Trustee lacks sufficient information to respond to the remaining allegations

of paragraph 5 of the Motion, and therefore the Trustee denies the same, and demands strict proof thereof.

      6.      Denied.

      7.      The Trustee lacks sufficient information to respond to the allegations of paragraph 7of the Motion, and therefore the Trustee denies the same, and demands strict proof thereof.

WHEREFORE, the Trustee requests that the (i) Motion be denied; or (ii) the Court enter an order allowing the Trustee an appropriate amount of time to sell the Property, and that the Court grant such other relief as it deems appropriate and proper.

**[signatures on next page]**

Dated: August 15, 2016               Respectfully submitted,

                                        /s/ Justin P. Fasano
                                        Janet M. Nesse, Esq (MDB # 07804)
                                        Justin P. Fasano, Esq. (MDB # 28659)
                                        McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.
                                        6411 Ivy Lane, Suite 200
                                        Greenbelt, MD 20770
                                        Tel: (301) 441-2420
                                        jnesse@mhlawyers.com
                                        jfasano@mhlawyers.com
                                        *Attorneys for Janet N., Chapter 7 Trustee for Serjik Tilimian and Inna Grigoryan*

## **CERTIFICATE OF SERVICE**

      I certify that on August 15, 2016, a copy of the foregoing *Opposition to Motion for Relief from Automatic Stay* was served by CM/ECF to all parties receiving notice thereby, which includes the following attorneys:

Kyle J. Moulding (via CM/ECF) to bankruptcymd@mwc-law.com
*Counsel for the Movant*

Daniel Scott Rosefelt (via CM/ECF) to drosefelt@friedlaw.com, drosefelt@gmail.com, krichardson@friedlaw.com
*Counsel to the Debtors*

                                        /s/ Justin P. Fasano
                                        Justin P. Fasano